**STATE of Missouri, Respondent,**

v.

**David STRADT, Appellant.**

**No. WD 52643.**

Missouri Court of Appeals, Western District.

Sept. 23, 1997.

A. Renae Andamson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

David Stradt appeals the circuit court's judgment convicting him of first degree child molestation. We affirm. Rule 30.25(b).